# EXHIBIT A

**Postmeds, Inc.**
Secure Processing Center
P.O. Box 3826
Suwanee, GA 30024

107 1 44219 ******************AUTO**ALL FOR AADC 303
Lasedrick Toles

October 30, 2023

Dear Lasedrick Toles,

Postmeds, Inc. is a pharmacy company that fulfills prescription orders. At Postmeds, we are committed to providing outstanding pharmacy services and protecting the information in our care. We recently identified and addressed a cybersecurity incident involving some of that information and wanted to share with you what happened and the steps we are taking in response.

**What Happened:** On August 31, 2023, we discovered that a bad actor gained access to a subset of files used for pharmacy management and fulfillment services. We immediately launched an investigation with assistance from cybersecurity professionals and worked quickly to secure our environment.

**What Information was Involved:** Our investigation determined that the bad actor accessed the files between August 30, 2023 to September 1, 2023. One or more of those files contained your name and prescription information. The information varied by individual, but may have included medication type, demographic information, and/or prescribing physician. Importantly, your Social Security number was **not** involved, as Postmeds does not receive this information.

**What We Are Doing and What You Can Do in Response:** We want you to know that we are taking this incident very seriously and regret any inconvenience or concern this may cause you. We are enhancing our security protocols and technical safeguards in response to this incident, and we are increasing awareness of cybersecurity threats through additional employee training. We also encourage you to regularly review your information for accuracy, as a best practice, including information you receive from your healthcare providers.

**For more information:** If you have additional questions about this incident, please call our dedicated, confidential call center at 1-855-457-9143, Monday through Friday, 9:00 a.m. to 9:00 p.m. Eastern Time.

Sincerely,

Postmeds, Inc.